# THE BENDAU LAW FIRM, PLLC

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Christopher Carr**, et al.

        Plaintiffs,

v.

**Bob Evans Farms Inc.**, a Delaware Corporation, et al.,

        Defendants.

No. _____

**PLAINTIFF CHRISTOPHER CARR'S CONSENT TO JOIN COLLECTIVE ACTION AS NAMED PLAINTIFF**

I, Christopher Carr, do hereby consent to be a party plaintiff to the above-entitled action. I have read the complaint to be filed in the United States District Court for the Northern District of Ohio, Eastern Division, and authorize my attorneys, The Bendau Law Firm PLLC and James L. Simon, and their associated attorneys (the Attorneys"), to file the Complaint on my behalf and for other employees similarly situated. I authorize the Attorneys to represent me in the Lawsuit and make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit. I agree to provide the Attorneys forty percent (40%) of any recovery they obtain on my behalf in the Lawsuit or the reasonable hourly value of their legal services for time expended in the Lawsuit, as paid by Defendants, whichever is greater. I authorize the Attorneys to deduct from any recovery my pro rata share of any reasonable costs incurred by the Attorneys on my behalf.

_____
Christopher Carr

08/28/2017
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Christopher Carr**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**Bob Evans Farms Inc.**, a Delaware Corporation, et al.,<br><br>Defendants. | No. _____<br><br>**PLAINTIFF SHUREENE NEWSOME'S CONSENT TO JOIN COLLECTIVE ACTION AS NAMED PLAINTIFF** |

I, Shureen Newsome, do hereby consent to be a party plaintiff to the above-entitled action. I have read the complaint to be filed in the United States District Court for the Northern District of Ohio, Eastern Division, and authorize my attorneys, The Bendau Law Firm PLLC and James L. Simon, and their associated attorneys (the Attorneys"), to file the Complaint on my behalf and for other employees similarly situated. I authorize the Attorneys to represent me in the Lawsuit and make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit. I agree to provide the Attorneys forty percent (40%) of any recovery they obtain on my behalf in the Lawsuit or the reasonable hourly value of their legal services for time expended in the Lawsuit, as paid by Defendants, whichever is greater. I authorize the Attorneys to deduct from any recovery my pro rata share of any reasonable costs incurred by the Attorneys on my behalf.

*Shureene Newsome*
Shureene Newsome

8/29/2017
Date