# THE BENDAU LAW FIRM, PLLC

# Exhibit A

## CONSENT TO JOIN

I agree to join the lawsuit *Carr, et al. v. Bob Evans Farms Inc., et al.* ("the Lawsuit") to pursue unpaid wages under the Fair Labor Standards Act.

I select The Bendau Law Firm PLLC, any of their associated attorneys, and James L. Simon ("the Firm"), to represent me in the Lawsuit and, along Christopher Carr and Shureene Newsome, to make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit. I agree to provide the Firm Forty Percent (40%) of any recovery they obtain on my behalf in the Lawsuit or the reasonable hourly value of their legal services for the time expended in the Lawsuit, as paid by Defendants, whichever is greater. If no recovery is obtained, no fee is owed by me. I authorize the Firm to deduct from any recovery my pro rata share of any reasonable costs incurred by the Firm on my behalf.

Printed Name: Lindsay Jacobs

Signature: _[signature]_

Date: 9/21/2017

***Note: This Lower Portion Will Not Be Filed With the Court***

[redacted]