UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------------

| | |
|---|---|
| CHRISTOPHER CARR, *et al.*, : | |
| : | CASE NO. 1:17-CV-1875 |
| Plaintiffs, : | JUDGMENT |
| : | |
| v. : | |
| : | |
| BOB EVANS FARMS, INC., *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

-------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinion in the above-captioned matter.  For the reasons stated in that opinion, the Court **GRANTS** the motion for approval of the Settlement Agreement and the appointment of the settlement administrator. The Court **GRANTS IN PART** and **DENIES IN PART** the motion for service awards and attorney's fees and costs.  Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: July 30, 2018                                     s/         *James S. Gwin*
                                                                           JAMES S. GWIN
                                                                           UNITED STATES DISTRICT JUDGE